IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TODD W. ION**  **PLAINTIFF**

v.  **CAUSE NO. 1:11CV124 LG-RHW**

**CHEVRON USA, INC.**  **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Defendant's motions for summary judgment, the Court, after review and consideration, finds that in accord with the Orders entered,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, Chevron USA, Inc. Plaintiff's claims against the Defendant are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 1st day of August, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE